UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 08-02-JVP-DLD |
| *versus* | : |
| | : |
| ANDRE COLEMAN, also known as "Dre," | : |
| DAVID GRACE, also known as "Toast," | : |
| MARVIN HUDSON, also known as "Slick," | : |
| COREY PEMBROOK, YOKUBI LEWIS, | : |
| BRANDIN LEARSON, CARNELL | : |
| ROUSELL, also known as "Leo," and | : |
| REGINALD TAYLOR | : |

## ORDER

Considering the *United States' Motion to Certify Case as Complex Pursuant to 18 U.S.C. § 3161(h)(8)(B) and Rescind Order regarding Discovery and Pretrial Motion Deadlines*, the representations therein, and the charges set forth in the Indictment,

**THE COURT FINDS:**

I. The Indictment in this case alleges numerous criminal acts by numerous defendants. The allegations in the Indictment involve actions occurring in multiple jurisdictions and by multiple individuals both known and unknown, to the Grand Jury;

II. Based on representations by counsel for the Government, discovery in this matter is substantial and will require significant time and resources for production and review by the parties;

III. This case is unusual and complex, due to the number of defendants and the nature of the investigation and prosecution, and it is unreasonable to expect

      adequate preparation for pretrial proceedings or for the trial itself within the time limits established; and

IV.    The ends of justice served by granting the requested relief outweigh the best interest of the public and the defendants in a speedy trial.

**IT IS ORDERED,** pursuant to 18 U.S.C. § 3161(h)(8) and this Court's finding that the interests of justice served by certifying this case as "complex" and providing additional time for adequate discovery, trial preparation and pre-trial litigation outweigh the best interest of the public and the defendants in a speedy trial. As such, any period of delay in the trial of this matter shall be deemed excluded from the calculation under the Speedy Trial Act.

**IT IS FURTHER ORDERED** that the discovery order previously issued is rescinded and that new discovery and pretrial motion deadlines will be set at date to be determined.

**DATED AND SO ORDERED** at Baton Rouge, Louisiana, on this 8th day of Feb., 2008.

JOHN V. PARKER
UNITED STATES DISTRICT COURT